**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed June 4, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00344-CV

---

**KANICWA THOMAS, INDIVIDUALLY AND AS NEXT FRIEND OF J.T., A MINOR, Appellant**

**V.**

**MIGUEL PELAYO, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1202973**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed February 6, 2024. On May 22, 2024, appellant filed an unopposed motion to dismiss this appeal "without prejudice." The Texas Rules of Appellate Procedure speak only of dismissal of an appeal; neither "with prejudice" nor "without prejudice" is appended to the word "dismissal." *See* Tex. R. App. P. 42.1. We construe the motion as one for voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). So construed, the motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.